**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CYNTHIA SCHAMA and JOSEF SCHAMA<br><br>VS<br><br>PARK CITY BUSINESS TRUST, GENERAL GROWTH PROPERTIES/GGP, INC., PLAYTIME CREATIONS, INC. and BROOKFIELD PROPERTY REIT, INC. | NO. 5:19-cv-00198-EGS |

**STIPULATION TO AMEND CAPTION**

It is hereby stipulated by and between the Attorney for Plaintiffs and the Attorney for Park City Business Trust, General Growth Properties/GGP, Inc. and Brookfield Property REIT, Inc., that the Caption shall be amended to **replace** Park City Business Trust, General Growth Properties/GGP, Inc., and Brookfield Property REIT, Inc. **with** Park City Center LLC.

LAW OFFICES OF RICHARD T. CURLEY, P.C.

BY: _____
RICHARD T. CURLEY, ESQUIRE
Attorney for Plaintiffs,
Cynthia Schama and Josef Schama
Identification Number: 48157
50 East Philadelphia Avenue
P.O. Box 357
Boyertown, PA 19512
(610)367-4401

NAULTY, SCARICAMAZZA & McDEVITT, LLC.

BY: _____
GERARD X. SMITH, ESQUIRE
Attorney for Defendants,
Park City Business Trust, General Growth Properties/GGP, Inc., and Brookfield Property REIT, Inc.
Identification Number: 40927
1617 John F. Kennedy Boulevard
One Penn Center, Suite 750
Philadelphia, PA 19103
(215) 568-5116

Approved:

_____
EDWARD G. SMITH, J.

Dated: April 5, 2019